**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

2007 SEP 27 P 2: 28

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| **SHARON MORRIS,** | ) |
| **Plaintiff,** | ) |
| | ) |
| | ) |
| **v.** | ) |
| | ) **CIVIL ACTION NO.** 2:07CV 862 -T |
| | ) |
| **LITTON LOAN SERVICING; et al.** | ) |
| | ) |
| **Defendant.** | ) |

## LITTON LOAN SERVICING'S NOTICE OF REMOVAL

Defendant Litton Loan Servicing ("Litton"), pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, hereby removes this action filed by Plaintiff Sharon Morris ("Plaintiff") in the Circuit Court of Chilton County, Alabama, to the United States District Court for the Middle District of Alabama, Northern Division.  In support, Litton shows as follows:

### PROCEDURAL BACKGROUND

1,     This action was originally commenced by Plaintiff against Litton on May 30, 2007, in the Circuit Court of Chilton County, Alabama, Case No. 07-900044.00.[1]

---

[1] A true and correct copy of the entire Circuit Court Record is attached as "Exhibit A" which includes copies of all process, pleadings, and orders served on Litton.

2.    Service of the Complaint was perfected on Litton by Certified Mail on September 1, 2007.

3.    This Notice of Removal is being filed in the United States District Court for the Middle District of Alabama, Northern Division, within the district and division embracing the place where the state court case was filed as required by 28 U.S.C. §§ 81(b)(1) and 1441(a).

4.    This Notice of Removal is timely filed in accordance with 28 U.S.C. § 1446(b) as it is being filed within 30 days of service being deemed perfected on Litton and less than one year after this action was commenced.

5.    Promptly after filing this Notice, Litton is filing a true and correct copy of its Notice of Removal with the Clerk of Court for the Circuit Court of Chilton County, Alabama, as required by 28 U.S.C. § 1446(d).

## THE PARTIES ARE COMPLETELY DIVERSE

6.    A "civil case filed in state court may be removed by the defendant to federal court if the case could have been brought originally in federal court." *Triggs v. John Crump Toyota, Inc.*, 154 F.3d 1284, 1287 (11th Cir. 1998). "Diversity jurisdiction requires complete diversity; every plaintiff must be diverse from every defendant..." *Id.*

7.    Plaintiff is presently and was at the commencement of this action a citizen and adult resident of the State of Alabama, and Plaintiff also is presently

and was at the commencement of this action the owner of real property located in Chilton County, Alabama. (Compl. ¶ 1).

8.    Litton is presently and was at the commencement of this action a citizen of the States of Delaware and Texas.  Litton is presently and was at the commencement of this action a corporation incorporated under the laws of the State of Delaware with its principal place of business in Texas.

9.    For the purposes of diversity jurisdiction, "a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business." 28 U.S.C. § 1332(c)(1).

10.    Thus, complete diversity exists between the parties as Plaintiff is presently and was at the commencement of this action a citizen of Alabama and Litton presently and was at the commencement of this action a citizen of Delaware and Texas.

11.    Litton is the only defendant specifically named in the action.  Consent from the fictitious parties is not possible or required because, for the purposes of removal, "the citizenship of defendants sued under fictitious names shall be disregarded." 28 U.S.C. § 1441(a).

## THE AMOUNT IN CONTROVERSY EXCEEDS $75,000, EXCLUSIVE OF INTEREST AND COSTS

12.    In order to be removable, there must also be at least $75,000 in controversy.  *See* 28 U.S.C. § 1332(a).

13.    Plaintiff has specifically pled in her complaint that she is seeking damages from Litton in the amount of $89,000. (Compl. ¶ 4).

14.    Because Plaintiff has made clear that she is seeking damages from Litton in excess of $75,000, the amount in controversy requirement is satisfied.

## ALL OF THE PREREQUISITES FOR REMOVAL HAVE BEEN SATISFIED

15.    All of the prerequisites for removal of this action to federal court on the basis of diversity jurisdiction have been satisfied.  Because complete diversity exists amongst all plaintiffs and all specifically named defendants, in this case Litton, and it is facially apparent from the Complaint that Plaintiff seeks in excess of the requisite amount in controversy, jurisdiction is conferred on this Court pursuant to 28 U.S.C. § 1332.

Respectfully submitted this 27th day of September, 2007.

One of the Attorneys for Defendant
Litton Loan Servicing

932893.1                                                                                     4

**OF COUNSEL:**

Gregory C. Cook (ASB-1088-O55G)
A. Kelly Brennan (ASB-4440-A50B)
Lindsay S. Reese (ASB-9678-L61R)
BALCH & BINGHAM, LLP
1710 Sixth Ave. North
P.O. Box 306
Birmingham, Alabama 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following by U.S. Mail, postage pre-paid, on this the 27th day of September, 2007:

Mr. David E. Hampe
Attorney for Plaintiff
623 Frank Nelson Building
205 20th Street North, Suite 623
Birmingham, Alabama 35203

Of Counsel

# EXHIBIT  A

```
-----------------------------------------------------------------------
| AVSO351                                           CV 2007 900044.00 |
|                                                                     |
|                                        JUDGE: BEN A FULLER          |
| ------------------------------------------------------------------- |
|                   ALABAMA JUDICIAL DATA CENTER                      |
|                      CASE ACTION SUMMARY                            |
|                         CIRCUIT CIVIL                               |
| ------------------------------------------------------------------- |
|  IN THE CIRCUIT  COURT OF  CHILTON      COUNTY                      |
|                                                                     |
|   SHARON MORRIS V. LITTON LOAN SERVICING                            |
|  FILED:  05/30/2007 TYPE: OTHER CV CASE        TYPE TRIAL: JURY     TRACK: |
|                                                                     |
| ******************************************************************* |
|  DATE1:              CA:                CA DATE:                    |
|  DATE2:              AMT:         $.00  PAYMENT:                    |
|  DATE3:                                                             |
| ******************************************************************* |
|  PLAINTIFF  001: MORRIS SHARON                                      |
|               2380 COUNTY ROAD 18 WEST   ATTORNEY: HAMPE DAVID E JR |
|                                          HAM007   623 FRANK NELSON BUILDI |
|               CLANTON, AL  35045-0000             205 20TH STREET NORTH |
|               PHONE: (205)389-0742                BIRMINGHAM, AL  35203 |
|  ENTERED:  05/30/2007 ISSUED:            TYPE:             (205)328-4263 |
|  SERVED:             ANSWERED:                   JUDGEMENT:         |
| ------------------------------------------------------------------- |
|  DEFENDANT  001: LITTON LOAN SERVICING                             |
|               4828 LOOP CENTRAL DRIVE    ATTORNEY: COOK GREGORY CARL |
|                                          COO038   P O BOX 306       |
|               HOUSTON, TX, AL  77081-0000                           |
|               PHONE: (205)000-0000                BIRMINGHAM, AL  35201 |
|  ENTERED:  05/30/2007 ISSUED: 05/30/2007 TYPE:    CERTIFIED (205)226-3426 |
|  SERVED:  09/01/2007 ANSWERED: 09/27/2007  JUDGEMENT:              |
|                                                                     |
|                                          BRENNAN A KELLY            |
|                                          1710 SIXTH AVENUE N.       |
|                                                                     |
|                                          BIRMINGHAM, AL  35213      |
|                                                   (205)226-3475     |
|                                                                     |
|                                          REESE LINDSAY SNELLGROV    |
|                                          1710 6TH AVE N             |
|                                                                     |
|                                          BIRMINGHAM, AL  36203      |
|                                                   (205)226-3493     |
| ------------------------------------------------------------------- |
|                                                                     |
|  05/30/2007    COMPLAINT E-FILED.                                   |
|                                                                     |
|  05/30/2007    FILED THIS DATE: 05/30/2007         (AV01)          |
|                                                                     |
|  05/30/2007    ORIGIN: INITIAL FILING              (AV01)          |
|                                                                     |
|  05/30/2007    CASE SCANNED STATUS SET TO: N       (AV01)          |
|                                                                     |
|  05/30/2007    CASE ASSIGNED STATUS OF: ACTIVE     (AV01)          |
|                                                                     |
|  05/30/2007    ASSIGNED TO JUDGE: BEN A FULLER     (AV01)          |
|                                                                     |
|  05/30/2007    JURY TRIAL REQUESTED                (AV01)          |
|                                                                     |
|  05/30/2007    MORRIS SHARON ADDED AS C001         (AV02)          |
|                                                                     |
|  05/30/2007    LISTED AS ATTORNEY FOR C001: HAMPE DAVID E JR        |
|                                                                     |
|  05/30/2007    LITTON LOAN SERVICING ADDED AS D001 (AV02)          |
|                                                                     |
|  05/30/2007    LISTED AS ATTORNEY FOR D001: PRO SE (AV02)          |
|                                                                     |
|  05/30/2007    CERTIFIED MAI ISSUED: 05/30/2007 TO D001  (AV02)    |
| ----------------------------------------------------------------- |
| FEB    09/27/2007                                 CV 2007 900044.00 |
```

I, Glenn McGriff, Clerk of the Circuit Court of Chilton County, Alabama, do hereby certify that the within and foregoing is a true and correct copy of Case File in Case No. CV-07-900044 F this the 27 day of Sept 20___

Glenn McGriff
Clerk of Court

```
| AVSO351                                              CV 2007 900044.00 |
|                                                                        |
|                                                                        |
|                                               JUDGE: BEN A FULLER      |
|------------------------------------------------------------------------|
|                    ALABAMA JUDICIAL DATA CENTER                        |
|                       CASE ACTION SUMMARY                              |
|                         CIRCUIT CIVIL                                  |
| -----------------------------------------------------------------------|
| IN THE CIRCUIT COURT OF CHILTON        COUNTY                          |
|                                                                        |
|   SHARON MORRIS V. LITTON LOAN SERVICING                               |
| FILED:  05/30/2007 TYPE: OTHER CV CASE        TYPE TRIAL: JURY     TRACK: |
|                                                                        |
|************************************************************************|
| DATE1:            CA:               CA DATE:                           |
| DATE2:            AMT:        $.00  PAYMENT:                           |
| DATE3:                                                                 |
|************************************************************************|
|   05/30/2007    COMPLAINT - SUMMONS                                    |
|                                                                        |
|   08/27/2007    REISSUE OF CERTIFIED MA ON 08/27/2007 FOR D001         |
|                                                                        |
|   09/23/2007    SERVICE OF CERTIFIED MAI ON 09/01/2007 FOR D001        |
|                                                                        |
|   09/27/2007    LISTED AS ATTORNEY FOR D001: COOK GREGORY CARL         |
|                                                                        |
|   09/27/2007    LISTED AS ATTORNEY FOR D001: BRENNAN A KELLY(AV02)     |
|                                                                        |
|   09/27/2007    LISTED AS ATTORNEY FOR D001: REESE LINDSAY SNELLG      |
|                                                                        |
|   09/27/2007    ANSWER OF REMOVAL ON 09/27/2007 FOR D001    (AV02)     |
|                                                                        |
|   09/27/2007    LITTON LOAN SERVICINGS NOTICE OF FILING NOTICE         |
|                                                                        |
|   09/27/2007    OF REMOVAL                                             |
|                                                                        |
|   09/27/2007    LITTON LOAN SERVICINGS NOTICE OF REMOVAL.              |
|                                                                        |
|-------|----------------------------------------------------------------|
|-------|----------------------------------------------------------------|
| ----- |----------------------------------------------------------------|
|-------|----------------------------------------------------------------|
|-------|----------------------------------------------------------------|
|-------|----------------------------------------------------------------|
|-------|----------------------------------------------------------------|
|-------|----------------------------------------------------------------|
|-------|----------------------------------------------------------------|
|-------|----------------------------------------------------------------|
|-------|----------------------------------------------------------------|
|-------|----------------------------------------------------------------|
|-------|----------------------------------------------------------------|
|-------|----------------------------------------------------------------|
|-------|----------------------------------------------------------------|
|-------|----------------------------------------------------------------|
|-------|----------------------------------------------------------------|
FEB   09/27/2007                              CV 2007 900044.00
```

AVSO352

CASE: CV 2007 900044.00
JUDGE: BEN A FULLER

```
|-----------------------------------------------------------------------|
|                   ALABAMA JUDICIAL DATA CENTER                        |
|                CASE ACTION SUMMARY CONTINUATION                       |
|                          CIRCUIT CIVIL                                |
|-----------------------------------------------------------------------|
|  IN THE CIRCUIT  COURT OF  CHILTON       COUNTY                       |
|                                                                       |
|   SHARON MORRIS V. LITTON LOAN SERVICING                             |
| FILED:  05/30/2007 TYPE:  OTHER CV CASE        TYPE TRIAL:  JURY      TRACK: |
|                                                                       |
| *********************************************************************** |
| DATE1:            CA:                    CA DATE:                     |
| DATE2:            AMT:         S.00  PAYMENT:                         |
| *********************************************************************** |
|                                                                       |
| -------|------------------------------------------------------------- |
|        |                                                              |
| -------|------------------------------------------------------------- |
|        |                                                              |
| -------|------------------------------------------------------------- |
|        |                                                              |
| -------|------------------------------------------------------------- |
|        |                                                              |
| -------|------------------------------------------------------------- |
|        |                                                              |
| -------|------------------------------------------------------------- |
|        |                                                              |
| -------|------------------------------------------------------------- |
|        |                                                              |
| -------|------------------------------------------------------------- |
|        |                                                              |
| -------|------------------------------------------------------------- |
|        |                                                              |
| -------|------------------------------------------------------------- |
|        |                                                              |
| -------|------------------------------------------------------------- |
|        |                                                              |
| -------|------------------------------------------------------------- |
|        |                                                              |
| -------|------------------------------------------------------------- |
|        |                                                              |
| ------|-------------------------------------------------------------- |
|        |                                                              |
| -------|------------------------------------------------------------- |
|        |                                                              |
| -------|------------------------------------------------------------- |
|        |                                                              |
| -------|------------------------------------------------------------- |
|        |                                                              |
| -------|------------------------------------------------------------- |
|        |                                                              |
| -------|------------------------------------------------------------- |
|        |                                                              |
| -------|------------------------------------------------------------- |
|        |                                                              |
| -------|------------------------------------------------------------- |
|        |                                                              |
| -------|------------------------------------------------------------- |
|        |                                                              |
| -------|------------------------------------------------------------- |
|        |                                                              |
| -------|------------------------------------------------------------- |
|        |                                                              |
| -------|------------------------------------------------------------- |
|        |                                                              |
| -------|------------------------------------------------------------- |
|        |                                                              |
| -------|------------------------------------------------------------- |
```

FF    06/04/2007

AVSO353
ALABAMA JUDICIAL DATA CENTER
FEE SHEET
CIRCUIT CIVIL                    CASE:CV 2007 900044.00

```
-----------------------------------------------------------------------------
| N THE CIRCUIT  COURT OF  CHILTON     COUNTY   JUDGE: BEN A FULLER          |
|---------------------------------------------------------------------------|
|  SHARON MORRIS V. LITTON LOAN SERVICING                                   |
|   PATTY:HAMPE DAVID E JR              DATTY:*** PRO SE ***                 |
|          623 FRANK NELSON BUILDING                                        |
|          205 20TH STREET NORTH                                            |
|          BIRMINGHAM, AL  35203                                            |
|---------------------------------------------------------------------------|
```

| CIVIL FEE SUMMARY | DATE | DATE | DATE | DATE | CONTINUATION | DATE | DATE | DATE | DATE |
|---|---|---|---|---|---|---|---|---|---|
| DOCKET FILING FEE | AMT | AMT | AMT | AMT | | AMT | AMT | AMT | AMT |
| SM(<)    $42.00 | | | | | OTHER SERVICES | | | | |
| SM(>)   $116.00 | | | | | COMMISSION ON SALE | | | | |
| DIST    $236.00 | | | | | JUDGEMENTS | | | | |
| CIRC    $235.00 | | | | | POST JUDGEMENT FEE | | | | |
| JU/CS   $103.00 | | | | | ATTACHMENTS | | | | |
| LAW LIBRARY TAX | 2.00 | | | | GARNISHMENTS | | | | |
| JURY DEMAND | | | | | EXECUTION | | | | |
| SERVICE FEES | | | | | APPEAL COSTS | | | | |
| EACH DEF OVER | | | | | LOWER COURT COSTS | | | | |
| SHERIFF | $5 | | | | OTHER | | | | |
| CERT MAIL | | | | | COURT ADM FUND | | | | |
| SUBPOENA EACH | | | | | FAMILY COURT | | | | |
| ABND VEH   $39.00 | | | | | SHERIFF'S FEE | | | | |
| WORKERS | | | | | | | | | |
| COMP    $183.00 | | | | | TOTAL COSTS | | | | |

```
-----------------------------------------------------------------------------
| CASH RECEIPTS/FROM       DATE       RECEIPT      AMOUNT                    |
|                          RECEIVED   NUMBER       RECEIVED     GARNISHEE    |
-----------------------------------------------------------------------------
|                            |           |            |                     |
-----------------------------------------------------------------------------
|                            |           |            |                     |
-----------------------------------------------------------------------------
|                            |           |            |                     |
-----------------------------------------------------------------------------
|                            |           |            |                     |
-----------------------------------------------------------------------------
|                            |           |            |                     |
-----------------------------------------------------------------------------
|                            |           |            |                     |
-----------------------------------------------------------------------------
|                            |           |            |                     |
-----------------------------------------------------------------------------
|                            |           |            |                     |
-----------------------------------------------------------------------------
|                            |           |            |                     |
-----------------------------------------------------------------------------
|                            |           |            |                     |
-----------------------------------------------------------------------------
| DISBURSEMENTS PAID TO                 DATE PAID   CHECK NO   AMOUNT PAID   |
-----------------------------------------------------------------------------
|                            |           |            |                     |
-----------------------------------------------------------------------------
|                            |           |            |                     |
-----------------------------------------------------------------------------
|                            |           |            |                     |
-----------------------------------------------------------------------------
|                            |           |            |                     |
-----------------------------------------------------------------------------
|                            |           |            |                     |
-----------------------------------------------------------------------------
|                            |           |            |                     |
-----------------------------------------------------------------------------
```

F    06/04/2007

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number:<br>**14-CV-200**<br>Date of Filing:<br>05/30/2007 |  |
|---|---|---|---|

## GENERAL INFORMATION

### IN THE CIRCUIT OF CHILTON COUNTY, ALABAMA
### SHARON MORRIS v. LITTON LOAN SERVICING

**First Plaintiff:** ☐ Business ☑ Individual    **First Defendant:** ☑ Business ☐ Individual
             ☐ Government ☐ Other                    ☐ Government ☐ Other

---

### NATURE OF SUIT:

**TORTS: PERSONAL INJURY**

☐ WDEA - Wrongful Death
☐ TONG - Negligence: General
☐ TOMV - Negligence: Motor Vehicle
☐ TOWA - Wantonnes
☐ TOPL - Product Liability/AEMLD
☐ TOMM - Malpractice-Medical
☐ TOLM - Malpractice-Legal
☐ TOOM - Malpractice-Other
☐ TBFM - Fraud/Bad Faith/Misrepresentation
☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**

☐ TOPE - Personal Property
☐ TORE - Real Property

**OTHER CIVIL FILINGS**

☐ ABAN - Abandoned Automobile
☐ ACCT - Account & Nonmortgage
☐ APAA - Administrative Agency Appeal
☐ ADPA - Administrative Procedure Act
☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**

☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
☐ CVRT - Civil Rights
☐ COND - Condemnation/Eminent Domain/Right-of-Way
☐ CTMP - Contempt of Court
☐ CONT - Contract/Ejectment/Writ of Seizure
☐ TOCN - Conversion
☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
☐ CVUD - Eviction Appeal/Unlawfyul Detainer
☐ FORJ - Foreign Judgment
☐ FORF - Fruits of Crime Forfeiture
☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐ PFAB - Protection From Abuse
☐ FELA - Railroad/Seaman (FELA)
☐ RPRO - Real Property
☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
☐ COMP - Workers' Compensation
☑ CVXX - Miscellaneous Circuit Civil Case

---

**ORIGIN:**   F ☑ **INITIAL FILING**      A ☐ **APPEAL FROM DISTRICT COURT**      O ☐ **OTHER**

         R ☐ **REMANDED**      T ☐ **TRANSFERRED FROM OTHER CIRCUIT COURT**    _____

---

**HAS JURY TRIAL BEEN DEMANDED?**   ☑ Yes   ☐ No

---

**RELIEF REQUESTED:**    ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

---

**ATTORNEY CODE:**   HAM007      5/30/2007 2:33:18 PM      /s DAVID HAMPE

---

**MEDIATION REQUESTED:**    ☐ Yes   ☐ No   ☑ Undecided

COURT'S ORIGINAL

# SUMMONS - CIVIL

### Case Number

CV 2007- 900044

## IN THE CIRCUIT COURT OF CHILTON COUNTY

Plaintiff, **SHARON MORRIS** nka **SHARON LUCAS** Defendant, **LITTON LOAN SERVICING**

NOTICE TO _____ Litton Loan Servicing, Defendant _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFF'S ATTORNEY David E. Hampe, WHOSE ADDRESS IS 205 20th Street North, Suite 623, Birmingham, Alabama 35203 THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN **30** DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.

_____ TO ANY SHERIFF OR ANY PERSON AUTHORIZED by either Rules 4.1(b)(2) or 4.2(b)(2) or 4.4(b)(2) of the Alabama Rules of Civil Procedure: You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

_XX_ This service by certified mail of this summons is initiated upon the written request of _____ David E. Hampe _____ pursuant to Rule 4.1(c) of the Alabama Rules of Civil Procedure.

**8-24-09**                 _Glenn McLip_                    By: _JB_
Date                    Clerk/Register

RETURN ON SERVICE:

_____ Certified Mail return receipt received in this office on ____
(Date) _____ (Return receipt hereto attached.)

_____ I certify that I personally delivered a copy of the Summons and Complaint to _____
_____ in _____ County, Alabama on (Date) _____.

_____          _____
Date                               Server Signature
Address of Server_____     
_____          _____
                                   Type of Server



ELECTRONICALLY FILED
5/30/2007 2:39 PM
CV-2007-900044.00
CIRCUIT COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

## IN THE CIRCUIT COURT OF CHILTON COUNTY, ALABAMA

SHARON MORRIS nka SHARON
LUCAS,                                               )
                                                     )
        Plaintiff,                                   )
                                                     )
                                                     )    Civil Action No. _CV-07-900044_ F
vs.                                                  )
                                                     )
LITTON LOAN SERVICING, a                             )
corporation; Fictitious Parties 1, 2                 )
and 3, being those persons, firms,                   )
or corporations known as or doing                    )
business as Litton Loan Servicing;                   )
Fictitious Parties 4, 5, and 6, being                )
the persons, firms, or corporations                  )
who are the principal of Litton Loan                 )
Servicing (hereafter called Litton) that            )
holds the mortgage on the property                   )
of Sharon Morris; Fictitious Parties 7,             )
8, 9, and 10 being those persons, firms             )
basis of this Complaint; Defendants 8,              )
9 and 10, those agents or servants of               )
the entity know as Litton Loan                       )
Servicing that are responsible in any               )
way for the injuries and damages                     )
complained of by the Plaintiff in this              )
lawsuit; all of whose true names and                )
legal identities are otherwise unknown              )
but will be substituted by amendment                )
when ascertained.  accident made                     )
the basis of the Complaint;                          )
Defendants 14, 15 and 16, being                      )
the persons who negligently                          )
entrusted to someone who                             )
negligently or wantonly assigned                     )
the vehicle to be driven by                          )
the Plaintiff on said occasion;                      )
all of whose true names and legal                    )
identities are otherwise unknown                     )

<table>
<tr><td>to the Plaintiff at this time, but will<br>be added by amendment when<br>ascertained.<br><br>     Defendants.</td><td>)<br>)<br>)<br>)<br>)</td></tr>
</table>

## COMPLAINT

1.     On May 16, 2005, the home of the Plaintiff, located at 2334 County Road 18

West, Clanton, Alabama 35045, was destroyed by fire. At the time of the fire, the property was

owned by the Plaintiff, and the property was mortgaged and/or serviced by Litton Loan

Servicing.

2.     On said date, the Plaintiff's home and contents were insured by American Modern

Homes Insurance, which was obtained by the Plaintiff. Litton, the Defendant, also had obtained,

on behalf of the Plaintiff, force-placed insurance on said property, and added the premiums for

coverage to the Plaintiff's account with the mortgage company despite the fact Ms. Morris' agent

had notified the Defendant mortgage company of her insurance coverage.

3.     After the fire destroyed the Plaintiff's home and contents, she notified the

Defendant of the loss.

4.     Southwest Business Corp., an insurance company who provided forced-place

insurance for the Plaintiff's home and contents, paid the Defendant its mortgage balance of

approximately $64,297.00 on or about June 9, 2005. It also paid over $2,200.00 for living

quarters after the fire to the Plaintiff.

-2-

5.    In August 2005, Plaintiff's fire insurance company paid her damages of $65,000.00 for the loss of her home, which she endorsed and sent to the mortgage company to satisfy the account.  She was also paid for her contents that was ruined by the fire.

6.    Despite the fact that the Plaintiff had her own policy, in addition to the forced-placed insurance by the mortgage company, the Defendant refunded the money it had received from Southwest Business Corp., and applied the funds from Plaintiff's insurance proceeds to her mortgage account..

Since the Defendant elected to cancel the policy with its forced-placed coverage insurance, there was approximately ninety (90) days difference in the time of payment by Southwest Business Corp. till American Modern Home paid Litton.  Although the mortgage company had use of the money from Southwest Business Corp. proceeds, it charged the Plaintiff and additional three (3) months interest on her mortgage balance.  The money paid by the Plaintiff's fire insurance company did not adequately pay for the damage to her home and her contents.  If the Defendant had not cancelled the policy with Southwest Business Corp., there would have been enough money to adequately make the Plaintiff whole.  Plaintiff recognizes that she is not entitled to unjust enrichments from collecting on two (2) fire insurance policies, but part of the proceeds would have made her whole.

7.    The Defendant also charged Plaintiff $749.00 for additional insurance after the house had burned.  This should not have been charged to the Plaintiff because the policy to Southwest Business Corp. had been cancelled by Defendant retroactively, and refunded the proceeds sent to Litton by Southwest Business Corp.

-3-

8.    The Plaintiff was obligated by agreement with the mortgage servicing company, Litton, to pay for its destroyed security interest in the home of the Plaintiff, but Litton, in addition, charged the Plaintiff $1,702.99 for pre-payment penalty, although she was required to pay Litton for its security interest from her proceeds. This created an unfair situation in which the mortgage company is trying to require her to pay this pre-payment penalty.

**WHEREFORE**, the Plaintiff claims damages under the following theories of law:

1.    Litton breached its duty by cancelling the insurance with Southwest Business Corp. and not giving Plaintiff the right to determine which policy she wanted cancelled. By cancelling the forced-placed insurance, Litton chose to charge Plaintiff interest for ninety (90) days on its loan until it received the funds from her fire insurance company. By cancelling the policy, the Plaintiff was not made whole for her loss.

2.    The Defendant's negligently charged the Plaintiff for insurance after the house burned rather than get a refund from the forced-place insurance company. The Defendant negligently charged the Plaintiff a pre-pay penalty.

3.    The Defendant tortiously interfered with the contracts that insured the Plaintiff's home by arbitrarily cancelling one of the fire insurance contracts without permission of the Plaintiff, or checking to see what her total loss was.

4.    Without the unlawful or illegal charges to the Plaintiff's account by the Defendant, Litton, her mortgage would have been cancelled. Plaintiff seeks a judicial determination that the mortgage be declared paid and that this Honorable Court will enjoin Litton from foreclosing on the property.

-4-

As a result of the action by Litton, the plaintiff has suffered mental anguish, emotional stress, and she has been monetarily damaged for which she claims damages in the amount of $89,000.00.

s/ David E. Hampe
David E. Hampe,
Attorney for Plaintiff
623 Frank Nelson Building
205 - 20th Street North
Birmingham, AL 35203
Ph. (205) 328-4263

## PLAINTIFF REQUESTS A STRUCK JURY

Plaintiff's Address:

Mrs. Kay Lucas
2380 County Road 18 West
Clanton, AL 35045


Defendants' Address:

Litton Loan Services
4828 Loop Central Drive
Houston, TX 77081-2226

LAW OFFICES

# DAVID E. HAMPE

623 FRANK NELSON BUILDING
205 20TH STREET NORTH
BIRMINGHAM, ALABAMA 35203

---

TELEPHONE 205-328-4263
FAX 205-328-4267
e-mail: dhampe@davidehampe.com



July 20, 2007

Circuit Court of Chilton County
P. O. Box 1946
Clanton, AL 35046

ATTN: Ms. Verne Baker

> **Re:**    **Sharon Morris nka Sharon Lucas vs. Litton Loan Servicing; Case No.
> CV 2007-900044.**

Dear Ms. Baker:

Enclosed is an original and two copies of the Summons for the Complaint that was filed electronically on may 30, 2007 in the above-styled cause. Please stamp the extra copy "filed" and return same to our office in the enclosed self-addressed, stamped envelope.

Thank you for your assistance in this matter.

Sincerely yours,

David E. Hampe

DEH/af
Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Litton Loan Service*
*4828 Loop Central Dr.*
*Houston, Texas*
*77081*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X    FRANCIS BLACKSHEAR    ☐ Agent
                                                        ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
    If YES, enter delivery address below:    ☐ No

SEP 1 2007

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7005 0390 0001 0921 5767

PS Form 3811, February 2004    Domestic Return Receipt    *CV 07-9000 44*    102595-02-M-1540

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

GLENN McGRIFF
CLERK OF COURT
P.O. BOX 1946
CLANTON, AL  35046
205-280-0557

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000550
Cashier ID: brobinso
Transaction Date: 09/27/2007
Payer Name: BALCH AND BINGHAM LLP
----------------------------------------
CIVIL FILING FEE
  For: BALCH AND BINGHAM LLP
  Case/Party: D-ALM-2-07-CV-000862-001
  Amount:        $350.00
----------------------------------------
CHECK
  Check/Money Order Num: 284103
  Amt Tendered:  $350.00
----------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

MORRIS V. LITTON LOAN SERVICING