IN THE CIRCUIT COURT OF CHILTON COUNTY, ALABAMA

SHARON MORRIS,           )
                         )
    Plaintiff,           )
                         )
v.                       )   CIVIL ACTION NO. 2007-900044.00
                         )
LITTON LOAN SERVICING; et al.  )   2:07cv862-T
                         )
    Defendant.           )

## LITTON LOAN SERVICING'S NOTICE OF FILING NOTICE OF REMOVAL

Notice is hereby given on this date that Defendant, Litton Loan Servicing ("Litton"), timely filed, in the United States District Court for the Middle District of Alabama (Northern Division), a Notice of Removal of the above-entitled action to the United States District Court for the Middle District of Alabama (Northern Division), from the Circuit Court of Chilton County, Alabama, pursuant to 28 U.S.C. §§ 1332 and 1446(d). A copy of the Notice of Removal is attached hereto as Exhibit A.

Respectfully submitted this 27th day of September, 2007.

One of the Attorneys for Defendant
Litton Loan Servicing

932863.1

**OF COUNSEL:**

Gregory C. Cook (COO038)
A. Kelly Brennan (BRE028)
Lindsay S. Reese (REE061)
BALCH & BINGHAM, LLP
1710 Sixth Ave. North
P.O. Box 306
Birmingham, Alabama 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon the following U.S. Mail, postage pre-paid, on this the 27th day of September, 2007, as well as the methods indicated below:

(Via Regular First Class Mail)
Mr. David E. Hampe
Attorney for Plaintiff
623 Frank Nelson Building
205 20th Street North, Suite 623
Birmingham, Alabama 35203

_____
Of Counsel

932863.1                                    2