IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHARON LUCAS f/k/a SHARON MORRIS, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:07-CV-00862-MHT-CSC ) |
| LITTON LOAN SERVICING, et al., | ) ) |
| Defendants. | |

## LITTON LOAN SERVICING L.P.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Litton Loan Servicing, L.P., hereby certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal.

Litton Loan Servicing, L.P. ("Litton") is a Delaware Limited Partnership. The General Partner of Litton is Litton GP LLC, a Delaware Limited Liability Company. The Limited Partner of Litton is Litton Holding LLC, a Delaware Limited Liability Company.

Respectfully submitted this 9th day of October, 2007.

934583.1

s/ Lindsay S. Reese<br>
One of the Attorneys for Defendant<br>
Litton Loan Servicing

**OF COUNSEL:**

Gregory C. Cook (COO038)
A. Kelly Brennan (BRE028)
Lindsay S. Reese (REE061)
BALCH & BINGHAM, LLP
1710 Sixth Ave. North
P.O. Box 306
Birmingham, Alabama 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following by electronic service by the filing of the foregoing with the CM/ECF system on this the 9th day of October, 2007:

Mr. David E. Hampe
Attorney for Plaintiff
623 Frank Nelson Building
205 20th Street North, Suite 623
Birmingham, Alabama 35203

s/ Lindsay S. Reese<br>
Of Counsel

934583.1

2