IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern _____ DIVISION

SHARON LUCAS fka SHARON MORRIS )
)
)
Plaintiff, )
)
v. )    CASE NO. 2:07-cv-00862-mht-csc
)
LITTON LOAN SERVICING, et al. )
)
)
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Sharon Lucas _____, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party

_____                      _____

_____                      _____

_____                      _____

10/9/2007
Date

_____
(Signature)
David E. Hampe
(Counsel's Name)
Sharon Lucas
Counsel for (print names of all parties)
205 20th Street North, Suite 623
Birmingham, AL    35203
Address, City, State Zip Code
205-328-4263
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern _____ DIVISION

## CERTIFICATE OF SERVICE

I, the undersigned _____, do hereby Certify that a true and correct copy
of the foregoing has been furnished by electronic mail and U. S. Mail _____(manner of service,
i.e., U.S. Mail, electronic mail, etc.) on this 9th day of October 20 07, to:

Gregory C. Cook, P. O. Box 306, Birmingham, AL 35201-0306

A. Kelly Brennan, P. O. Box 306, Birmingham, AL 35201-0306

Lindsey S. Reese, P. O. Box 306, Birmingham, AL 35201-0306

Balch & Bingham, LLP, P. O. Box 306, Birmingham, AL 35201-0306

10/9/2007
Date

Signature