IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| SHARON LUCAS, formerly known as Sharon Morris, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:07cv862-MHT |
| LITTON LOAN SERVICING, a corporation, | ) ) ) ) | |
| Defendant. | ) | |

ORDER

It is ORDERED that plaintiff's motion to amend (Doc. No. 11) is granted.  The court assumes that defendant has no objection to the allowance of the amendment; however, if it does, it must file the objection within seven days from the date of this order.
is granted.

DONE, this the 14th day of December, 2007.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**